

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff, ) <br> ) <br>vs. ) <br> ) <br>MUI LU ) <br> ) <br> Defendant. ) | 2:96-CR-0085-LDG-BNW |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#313), sentencing held on January 25, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MGM GRAND HOTEL AND CASINO
Amount of Restitution: $9,411.03

Name of Payee: SHERATON DESERT INN HOTEL AND CASINO
Amount of Restitution: $21,457.58

Name of Payee: LAS VEGAS HILTON HOTEL AND CASINO
Amount of Restitution: $9,131.39

**Total Amount of Restitution ordered: $40,000.00\*\***
\*\*Joint and Several with co-defendants


Dated this __13__ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE